UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY KONRATH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:17-cv-0082-TWP-DML |
| ) | |
| SUPERINTENDENT, ) | |
| ) | |
| Respondent. ) | |

**Order Transferring Action to Northern District of Indiana**

The petitioner is incarcerated at the Westville Correctional Facility ("WCF"). He brings this habeas petition challenging a prison disciplinary action which was conducted at WCF.

WCF is located in Westville, Indiana, which lies in LaPorte County. LaPorte County is in the Northern District of Indiana. 28 U.S.C. § 94. The petitioner has not paid the filing fee nor filed a motion to proceed *in forma pauperis*.

Here, the disciplinary proceedings giving rise to the claim occurred, and the petitioner can be found, in the Northern District of Indiana. Under these circumstances, the appropriate venue for the action is the Northern District of Indiana. *See* 28 U.S.C. § 2241(d). Accordingly, the above action is now **TRANSFERRED** to the United States District Court for the Northern District of Indiana at South Bend, Indiana.

**IT IS SO ORDERED.**

Date: 1/12/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gregory Konrath, #254068
Westville Correctional Facility
Inmate Mail/Parcels
5501 South 1100 West
Westville, IN 46391